FILED
NOV 13 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:18-cv-00484-BO

| | |
|---|---|
| EPIC GAMES, INC., ) | |
| Plaintiff, ) | |
| v. ) | **MOTION TO DISMISS THE COMPLAINT** |
| BRANDON LUCAS and COLTON CONTER, ) | |
| Defendants, ) | |

The Defendant Brandon Lucas hereby files a motion to dismiss the complaint. The motion date will be scheduled by the Court after proper notice to the Plaintiff, Epic Games, Inc. The Defendant, Brandon Lucas, will rely on the affidavit submitted.

This the 6th day of November, 2018

BRANDON LUCAS, *pro se*

*Brandon Lucas*
Brandon Lucas
11211 South Military Trail
Apt. #5021
Boynton Beach, FL 33436
juniorolympicgold@gmail.com

*Defendant, pro se*