## AFFIDAVIT

1. The basis of the complaint alleges numerous acts committed by me, Brandon Lucas.

2. I, Brandon Lucas, individually does not own the YouTube channel where the alleged advertisements and information were posted.

3. The videos posted on You Tube are not mine.

4. As seen in the videos, I clearly do not post any videos using cheats nor do I direct anyone to websites which contain videos using cheats.

5. The Plaintiff has never inquired as to the ownership of the website where these videos are posted.

6. I do not own any of the websites which sell cheats.

7. Another entity, unrelated to me, owns the websites that sell cheats.

8. I do not demonstrate how to use cheats in any videos.

9. I do not inject code into the game files that modifies Fortnite.

10. Clearly, the Plaintiff has named the wrong Defendant in this litigation.

Date: 11/2/18

Brandon Lucas

NINA GOLDSTEIN
Notary Public - State of Florida
Commission # FF 942261
My Comm. Expires Apr 3, 2020
Bonded through National Notary Assn.