IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:18-cv-00484-BO

| | |
|---|---|
| EPIC GAMES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **JOINT MOTION FOR ENTRY OF** ) **STIPULATED ORDER AND PERMANENT** ) **INJUNCTION ON CONSENT** |
| BRANDON LUCAS and COLTON CONTER, | ) ) ) |
| Defendants. | ) ) ) |

Plaintiff Epic Games, Inc. ("Plaintiff") and Defendant Colton Conter ("Defendant"), through undersigned counsel, move this Court to enter the Stipulated Order and Permanent Injunction attached hereto as <u>Exhibit 1</u>. Plaintiff and Defendant have reached a settlement of this matter and respectfully request the Court enter the Stipulated Order and Permanent Injunction as agreed-to by the parties.

Respectfully submitted, this <u>21st</u> day of November, 2018.

/s/ Justin Eldreth
Justin Eldreth (N.C. Bar No. 44361)
Email: justin@klisheldreth.com
Klish & Eldreth PLLC
115 S Saint Marys St Ste C
Raleigh, NC 27603
Telephone: (919) 833-5322
*Attorney for Defendant Colton Conter*

/s/Christopher M. Thomas
Christopher M. Thomas (N.C. Bar No. 31834)
Email: christhomas@parkerpoe.com
Tasneem A. Dharamsi (N.C. Bar No. 47697)
Email: tasneemdelphry@parkerpoe.com
Parker, Poe, Adams, & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564
*Attorneys for Plaintiff Epic Games, Inc.*

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **JOINT MOTION FOR ENTRY OF STIPULATED ORDER AND PERMANENT INJUNCTION ON CONSENT** was electronically filed, via the CM/ECF system, on this day, December 21, 2018, with the Clerk of Court and that a true and accurate copy of it was sent to Defendant, through his attorney, Justin Eldreth, by depositing the original and/or copy hereof, postage pre-paid, in the United States mail, addressed as follows:

> Colton Conter
> c/o Justin Eldreth
> Klish & Eldreth PLLC
> 5 S Saint Marys St Ste C
> Raleigh, NC 27603

Respectfully submitted,

/s/Christopher M. Thomas
Christopher M. Thomas (N.C. Bar No. 31834)
Email: christhomas@parkerpoe.com
Tasneem A. Dharamsi (N.C. Bar No. 47697)
Email: tasneemdelphry@parkerpoe.com
Parker, Poe, Adams, & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 835-4626
Facsimile: (919) 834-4564
*Attorneys for Plaintiff Epic Games, Inc.*