IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:18-cv-00484-BO

| | |
|---|---|
| EPIC GAMES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **MOTION TO EXTEND THE** |
| ) | **TIME TO FILE AN ANSWER** |
| BRANDON LUCAS and COLTON ) | **AND TO FILE Rule 26F REPORT** |
| CONTER, ) | |
| ) | |
| Defendants, ) | |

The Defendant Brandon Lucas hereby files a motion to extend the time to file an answer to the above captioned complaint and to file the Rule 26 F Report.. The motion date will be scheduled by the Court after proper notice to the Plaintiff's attorney Christopher Thomas. The Defendant, Brandon Lucas, will rely on the affidavit submitted.

This the 8th day of February, 2019

BRANDON LUCAS, *pro se*

*[signature]*

Brandon Lucas
11211 South Military Trail
Apt. #5021
Boynton Beach, FL 33436
juniorolympicgold@gmail.com

*Defendant, pro se*

# AFFIDAVIT

1. A telephone conference call occurred on January 16, 2019. During the conference attorney, Christopher Thomas discussed many matters associated with the matter at hand.

2. The issues of filing documents were discussed and we had agreed that an answer to the complaint would be extended for an additional 21 days in hopes of settling this case. I was also unaware that my Rule 26(f) report was also due within a certain time. I am asking the Court for additional time to file these documents. I understand that Christopher Thomas, Esquire has no objection to my motion.

Dated: February 8, 2019

_____
Brandon Lucas

NINA GOLDSTEIN
Notary Public - State of Florida
Commission # FF 942261
My Comm. Expires Apr 3, 2020
Bonded through National Notary Assn.