IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:18-cv-00484-BO

| | |
|---|---|
| EPIC GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRANDON LUCAS and COLTON CONTER, <br><br> Defendants. | **JOINT MOTION FOR ENTRY OF STIPULATED ORDER AND PERMANENT INJUNCTION ON CONSENT** |

Plaintiff Epic Games, Inc. ("Plaintiff") with the consent of Defendant Brandon Lucas ("Defendant"), through undersigned counsel, move this Court to enter the Stipulated Order and Permanent Injunction attached hereto as <u>Exhibit 1</u>. Plaintiff and Defendant have reached a settlement of this matter and respectfully request the Court enter the Stipulated Order and Permanent Injunction as agreed-to by the parties.

Respectfully submitted, this 18th day of March, 2019.

| | |
|---|---|
| Brandon Lucas | /s/Christopher M. Thomas<br>Christopher M. Thomas (N.C. Bar No. 31834)<br>Email: christhomas@parkerpoe.com<br>Tasneem A. Dharamsi (N.C. Bar No. 47697)<br>Email: tasneemdelphry@parkerpoe.com<br>Parker, Poe, Adams, & Bernstein LLP<br>PNC Plaza<br>301 Fayetteville Street, Suite 1400 (27601)<br>P.O. Box 389<br>Raleigh, North Carolina 27602-0389<br>Telephone: (919) 835-4626<br>Facsimile: (919) 834-4564<br>*Attorneys for Plaintiff Epic Games, Inc.* |

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **JOINT MOTION FOR ENTRY OF STIPULATED ORDER AND PERMANENT INJUNCTION ON CONSENT** was electronically filed on this day with the Clerk of Court using the CM/ECF system on this day, March 18, 2019, with the Clerk of Court and that a true and accurate copy was sent to Defendant via electronic mail and by depositing a copy postage pre-paid in the United States mail, addressed as follows:

>Brandon Lucas
>11211 S. Military Trail
>Apt. #5021
>Boynton Beach, FL 33436
>*juniorolympicgold@gmail.com*

This 18th day of March 2019.

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/ Christopher M. Thomas
Christopher M. Thomas
N.C. Bar No. 31834
christhomas@parkerpoe.com
Tasneem A. Dharamsi
N.C. Bar No. 47697
tasneemdelphry@parkerpoe.com
PNC Plaza
301 Fayetteville Street, Suite 1400 (27601)
P.O. Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 828-0564
Facsimile: (919) 834-4564

*Attorneys for Plaintiff Epic Games, Inc.*